UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-21004-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

STEPHEN COSTA,

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice of the appearance of Frank H. Tamen as counsel for the United States in this case. Previous counsels for the government are no longer assigned to this case.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Frank H. Tamen
     FRANK H. TAMEN
     Assistant United States Attorney
     Florida Bar No. 0261289
     99 NE 4th Street, Ste. 700
     Miami, Florida 33132
     Tel: (305) 961-9022
     Fax: (305) 536-7213
     Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney