UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  15-21004-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEPHEN M. COSTA,

      Defendant.

_____/

## ORDER SETTING CHANGE OF PLEA HEARING

THIS CAUSE is set for a change of plea hearing on **Tuesday, January 26, 2016 at 9:30 a.m**.  At the conclusion of the hearing, the parties will be advised of the date of the sentencing hearing.  Counsel are informed that defendants are expected to voluntarily surrender the date of sentencing should their sentences include incarceration.   Extended surrender will not be considered unless a defendant is actively cooperating with the Government and the Government requests an extension of a defendant's surrender date.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of January, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record