# MINUTE ORDER

Page 4

## Magistrate Judge Andrea M. Simonton

King Building Courtroom 10-6     Date: 1/12/16     Time: 1:30 pm

---

Defendant: Stephen M. Costa     J#: Surrender     Case #: 15-21004-CR-ALTONAGA

AUSA: Frank Tamen     Attorney: Lilly Ann Sanchez (Perm)

Violation: Rule 20 In for Plea – Health Care Fraud     Surrender Date: 1/12/16     YOB:

Proceeding: Initial Appearance/Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes  ☑ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☑ **Surrender and/or do not obtain passports/travel docs**
- ☑ **Report to PTS as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☑ **Not to encumber property**/Father's Property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ **Travel extended to:** S/D & M/D of FL; California & N.Y. *
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Bond previously set in N.Y., will continue in this District; $500K PSB cosigned by his Father (no hrg. held); Court sets

Defendant arraigned. Reading of the indictment waived. Standing Discovery Order entered. Jury trial demanded.

*for business purposes; Court appearances & Atty visits w/prior approval from PTS*

---

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. ___     Time in Court: ___

s/ Andrea M Simonton     Magistrate Judge