UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21004-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

STEPHEN M. COSTA,

      **Defendant.**
_____/

## FACTUAL PROFFER

The United States and defendant Stephen M. Costa (Costa) hereby stipulate to the following facts, which establish the factual basis for Costa's plea of guilty to the charge of conspiracy to commit health care fraud, as charged in the Southern District of New York, Case No. 13-CRIM-963:

1. Medicaid is a federally-financed health care benefit program which subsidizes the provision of pharmaceutical drugs to individuals whose income is below the poverty level. Such individuals who obtain prescriptions for various types of medicines can receive them for little or no cost at pharmacies, which then obtain reimbursement from the Medicaid program.

2. Prescription pharmaceuticals are sold with labeling that indicates their brand, lot numbers, their strength, required storage conditions, quantity, expiration dates, and also with pharmacy labels identifying the individuals to whom they were prescribed. Wholesale quantities of such medicines are sold with documentation of their origination and manufacturer, and the distributors who have handled them. Such medicines cannot be sold if they have not been handled by licensed pharmaceutical distributors and properly documented as to their origin.

3. During the course of the charged conspiracy, other offenders obtained quantities of expensive medicines, such as those used to treat asthma, psychiatric symptoms, and HIV

infections, by buying them from purported patients who had obtained them from retail pharmacies in New York City as Medicaid beneficiaries. These medicines were aggregated into quantities by co-conspirators, and Costa then purchased them in quantity.

4. With Costa's knowledge, to make the medicines re-marketable, the pharmacy labels with the patient's identities were removed and the bottles were cleaned to make them appear to be new instead of having been previously dispensed. Costa incorporated and used wholesale distribution companies to sell the second-hand prescription drugs to pharmacies. As part of the scheme, Costa's co-conspirators created fraudulent documentation to falsely show that the medicines bought on the streets from individuals were instead new medicines being shipped through legitimate pharmaceutical distributors and kept in property controlled conditions.

5. Some of the pharmacies did not know they were receiving illegally obtained, second-hand medicines. Medicaid reimbursed various pharmacies for the sales of such medicines to patients, which the Medicaid program would not have done had the nature of the medicines as re-purchased and re-labeled been known.

6. During the course of this scheme, the value of the pharmaceuticals involved in Costa's illegal transactions was approximately $1.2 million. Payments for these medicines ultimately came from funds provided to the Medicaid program for the purpose of providing medicines to poor people.

_____  
STEPHEN M. COSTA  
DEFENDANT

_____  
LILLY ANN SANCHEZ  
DEFENSE COUNSEL

_____  
FRANK H. TAMEN  
ASSISTANT UNITED STATES ATTORNEY

9/15/2015  
_____  
DATE