**Sealed**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21004-CR-ALTONAGA

FILED by _____ D.C.

JUN 0 8 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

STEPHEN COSTA,

    Defendant.
_____/

### SEALED JOINT MOTION TO EXTEND VOLUNTARY SURRENDER DATE

The United States, joined by the defendant, Stephen Costa, hereby moves for an extension of the defendant's surrender date, currently set for June 30, 2016. As grounds therefor, the United States asserts the following:

1. The defendant was given a voluntary surrender date because he is going to be a witness for the prosecution in a case brought by the State of New York. The indictment in that case charges an extensive and significant health care fraud. The defendant is charged in that case and is pleading guilty and has been cooperating against his co-defendants.

2. The New York case was originally set for trial beginning May 31, 2016. However, due to very recent matters occurring before the court in New York, the trial has just been re-scheduled for July-August.

3. Attached to this motion is a letter from the New York prosecutor, explaining the circumstances, and how incarceration of defendant Costa before he testifies would create significant difficulties for the prosecution.

4. United States law enforcement has worked in corroboration with New York law enforcement in the investigation that produced the New York case, and has an interest in a successful prosecution. The United States therefor requests that this court extend the defendant's voluntary surrender date to August 31, 2016. The reasons are described in the attached letter from the New York Attorney General's Office.

5. The defendant has been in regular contact with federal agents for more than a year, and the government does not consider him to present any risk of flight. In addition, his Pre-Trial Services officer states that he is in full compliance and has no objection to this extension.

Wherefore, the United States, joined by the defendant, Stephen Costa, moves for an extension of his voluntary surrender date to August 31, 2016.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 0261289
99 NE 4th Street, Ste. 700
Miami, Florida 33132
Tel: (305) 961-9022
Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was transmitted by electronic mail to counsel for the defendant this 3rd day of June, 2016.

_____
FRANK H. TAMEN
Assistant U.S. Attorney

2