

State of New York
## OFFICE OF THE ATTORNEY GENERAL
### MEDICAID FRAUD CONTROL UNIT
120 Broadway, 13 Floor, New York, New York 10271-0007
(212) 417-5303   Fax: (212) 417-5655

ERIC T. SCHNEIDERMAN
Attorney General

AMY HELD
Director

IMRAN AHMED
ADAM SHLAHET
Special Assistant Attorneys General

May 26, 2016

Judge Cecilia M. Altonaga
United States District Court
Southern District of Florida
200 North Miami Avenue
Room 12-2
Miami, Florida 33128

Re: Stephen Manuel Costa

Dear Judge Altonaga:

On behalf of the Office of the Attorney General of the State of New York, we respectfully request that Stephen Manuel Costa's date to begin his sentence of incarceration in his Southern District of Florida matter be delayed.

Our office indicted Mr. Costa and his co-defendants on April 4, 2012. On January 28, 2014, Mr. Costa pled guilty and entered into a cooperation agreement with our office that included his testimony against his remaining co-defendants. After completing pre-trial hearings for the last remaining co-defendant, Ira Gross, on April 19, 2016, our trial judge, the Hon. Richard Ambro of Suffolk County Supreme Court, scheduled Mr. Gross's trial to begin on May 31, 2016. Unfortunately in the intervening time, Judge Ambro began another, even older, long-term trial and our trial date was delayed. We are now scheduled to begin jury selection on June 28, 2016, and to deliver opening statements on July 11, 2016. We anticipate the prosecution case to last approximately four weeks.

Mr. Costa's anticipated testimony at trial is essential to our prosecution of defendant Ira Gross. He worked closely with Mr. Gross during the conspiracy and can provide detailed direct evidence against him.

GOVERNMENT EXHIBIT

We understand that Mr. Costa has been sentenced and is scheduled to begin his incarceration for his Southern District of Florida matter on June 30, 2016. If Mr. Costa is in federal custody at the time of our trial it will create significant hardships on our prosecution. In order to prepare for his trial testimony, we would have to issue a writ which would temporarily bring him into State custody, where he would be housed in an over-crowded local jail. We would need to travel to the jail to interview him on repeated occasions, bringing along any documents or other exhibits he would need to identify as a witness. The logistics of continuing our preparation under these uncomfortable circumstances and ultimately producing Mr. Costa to testify in Suffolk County, New York will be difficult and time consuming, perhaps even contributing to further delays to our trial.

Thus far Mr. Costa has been a responsive and useful cooperator with our office. We look forward to his continued cooperation, and to expedite the completion of his cooperation, we ask that you consider postponing his incarceration to a date after August 19, 2016.

Thank you for your consideration of this matter.

Sincerely,

Adam Shlahet
Special Assistant Attorney General
Office of the Attorney General of the State of New York
212-417-5338

cc:   AUSA Frank Tamen
      Lilly Ann Sanchez