UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

\_ SEALED
\_ NOT SEALED

CASE NO. 15-21004-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

STEPHEN COSTA,

Defendant.
_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_ years; \_\_\_ (specific date);
\_\_\_ permanently; \_\_\_ (other).

## SEALED ORDER EXTENDING VOLUNTARY SURRENDER DATE

Upon motion by the United States, and for good cause shown, it is hereby ORDERED, that the government's motion for extension of the defendant's voluntary surrender date is GRANTED.

Defendant Stephen Costa shall report to their designated institution within the United States Bureau of Prisons no later than 2:00 p.m., Wednesday, August 31, 2016.

Done and Ordered at Miami, Florida this \_\_\_\_ day of June, 2016.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc: AUSA Frank H. Tamen
Defense Counsel Lilly Ann Sanchez
U.S. Marshal
Pre-Trial Services Officer Jim Navarro