UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-21004-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

STEPHEN COSTA,

        **Defendant.**
_____/

### GOVERNMENT'S FACTUAL MEMORANDUM
### RE: SUPERVISED RELEASE VIOLATIONS

Defendant Stephen Costa is scheduled to appear before the court on violations of supervised release, some of which allege that he failed to provide truthful and complete information about his finances to his supervising officer. Given the substantial amount of restitution the defendant still owes on his original judgement, matters concerning his finances are very material to his supervision. This Memorandum is intended to provide some background information on that subject.

The current violation memorandum describes a weekend in August 2021 when the defendant gambled at the Seminole Hard Rock Casino in Hollywood, Florida, with $23,500. He never reported this activity, the source of those funds, or his access to that much money to his probation officer.

In considering the gravity of this violation, the United States considers it important for the court to know that this incident was not his first such while on supervision. The United States had previously provided the defendant's probation officer with information about his extensive

prior gambling, beginning about six months after his release from prison. However, that information was not available during the time of Costa's previous, now revoked term of supervised release, which is when it occurred. The Probation Office concluded that it had no jurisdiction to submit a retroactive violation petition for conduct committed during the already revoked term of supervision. The August gambling occurred during his subsequent, current term of supervision.

However, the prior information may be considered by the court in determining an appropriate resolution to the pending violation charges. Accordingly, a Declaration from FBI Special Agent Matthew Lanthorn is attached hereto, describing the import of the records provided, which records are attached to his Declaration. They show that beginning on January 19, 2020, through August 2021, the defendant gambled at the casino on twenty-one dates, purchased a total of $373,700 worth of chips with cash, and bet $1,008,200. During his current term of supervision, on August 11 and 12, during a hotel stay that was comped (free of charge) from the casino, he bought $23,500 worth of chips, and bet $193,500. (These figures are not net figures, as the amounts bet would include bets placed with funds from previous winnings, so that the same money was going back and forth. Also, some chips might have been bought with previous winnings.)

He reported none of this financial activity to his supervisor. The source of the money he gambled with remains unknown to the United States and to the Probation Office. The disposition of his winnings - on some days he won considerable money, even though over the course of a year of gambling he lost more – is also unknown.

This previous conduct reveals that the defendant, who still owes several hundred thousand dollars in restitution, has unreported assets concealed by unknown methods and obtained from

unknown sources. This matter is thus a very significant violation of specific terms of his supervised release.

                                          Respectfully submitted,
                                          JUAN ANTONIO GONZALEZ
                                          UNITED STATES ATTORNEY

By:    /s/ *Frank H. Tamen*
          Frank H. Tamen
          Assistant United States Attorney
          Fla. Bar # 261289
          99 N.E. 4th Street, Miami, Florida 33128
          305-961-9022

## CERTIFICATE OF SERVICE

I herby certify that I electronically sent the forgoing document to defense counsel Marc Seitles and to U.S. Probation Office Lawrence Ing on January 11, 2022, before filing it via CM/ECF.

                                          /s/ *Ftank H. Tamen*
                                          Frank H. Tamen
                                          Assistant United States Attorney

**In the United States District Court for the Southern District of Florida**

*In Re*: Violation of Supervised Release Proceedings of <u>Stephen M. Costa</u>

<u>Case No. 15-21004-Cr-Altonaga</u>

**<u>Declaration of Matthew Lanthorn</u>**

My name is Matthew Lanthorn, and I make this Declaration under penalty of perjury, for use by the court in the proceedings involving Stephen Costa.

I am a Special Agent of the Federal Bureau of Investigation, and have been so employed for more than seventeen years. I am currently assigned to the Miami Field Division. I am assigned primarily to money laundering investigations, and have been so-assigned for more than seven years.

In May, 2021, a federal grand jury subpoena was served on the legal representatives of the Seminole Hard Rock Casino in Hollywood, Florida, calling for the production of the gambling records of Stephen Manuel Costa, the defendant in the above case, during the years 2013 through 2021. A similar subpoena was served subsequently, for production of records later than May 2021. I have received those records and I have reviewed them in detail. I have also consulted with a representative of the Hard Rock Casino to make sure that I understand the meaning of the various terms used to identify the entries in those records.

The records include the following data, in an Excel-type format:

The specific casino, the date of each of Costa's visits to that casino; the times at which he began and stopped gambling and the duration in minutes, and the specific gaming table he patronized.

The amount of cash he provided to purchase gambling chips.

The amount of credit extended by the casino for chip purchases.

The amount he bet over the time period referenced at that table.

These records do not, however, provide a net won or lost figure. Rather, they record the sums of all bets, as money goes back and forth as a gambler wins, places bets with his winnings, then loses, bets again, etc. Accordingly, although there are figures provided for amounts won and lost, they are not *net* amounts, and

I am therefor not including them in this description of what the records show of Costa's gaming activities.

This Declaration will only address the years 2020 and 2021, the years that Costa was on supervised release, and not the years before he went to prison.

The Hard Rock Casino records show that during the period between January 19, 2020, and January 19, 2021, the defendant gambled at the casino on twenty one dates, purchased $350,200 worth of chips with cash, and bet $814,700.

A subsequent set of records for later in 2021, to cover his present term of supervised release, only show that he gambled on August 11-12, over which dates he bought $23,500 worth of chips with cash, and bet $193,500.

Grand total for all of 2020 – 2021 thus was $373,700 cash purchase of chips, and $1,008,200 bet.

Costa was also provided complimentary room and dining services at the casino's hotel in January and in August, 2021. The stated value of those benefits totaled $5,967

Some specific examples of Costa's gambling activity include the following:

On February 19, 2020, he bought $37,000 worth of chips, and bet $323,800.

On December 29, 2020, he bought $43,000 worth of chips, and bet $855,000.

On January 19, 2021 he bought $23,500 worth of chips and bet $138,000.

All other dates in 2020 and 2021 show similar patterns of only cash purchases of chips, for several thousand dollars on each visit, and bets totaling tens to more than $100,000 each time.

*I hereby declare under penalty of perjury that the forgoing statements are true and correct.*

1/7/2022
Date

Matthew C. Lanthorn
Special Agent, FBI

**CERTIFICATE OF SEMINOLE TRIBE OF FLORIDA
UNDER SEAL REGARDING AUTHENTICITY AND
SELF-AUTHENTICATION OF TRIBAL RECORD
DOCUMENTATION**

BEFORE ME, the undersigned authority of the Seminole Tribe of Florida, a federally recognized Indian tribe, personally appeared Heather Henhawk. For the purpose of certifying as to the authenticity of each of the record documents attached to this Certificate as being copies of genuine governmental documents of the Seminole Tribe of Florida, a federally recognized Indian tribe. The purpose of this Certificate is to certify and attest to the authenticity of the attached documentation as being genuine copies of Tribal record documentation as well as to comply with the requirements of Section 90.902, Florida Statutes.

Attached hereto as Exhibit "A" are Tribal record documents, each of which is a copy of a genuine record document, which is declared hereunder to be genuine, authentic, and properly certified as such in accordance with the laws, policies and procedures of the Tribal Government of The Seminole Tribe of Florida.

Nothing contained herein in this self-authenticating affidavit, which pertains solely to Tribal documentation, is intended to act as a waiver of the sovereign immunity of the Seminole Tribe of Florida from suit in all state and federal courts absent a limited waiver of Tribal sovereign immunity contained in a resolution or ordinance duly enacted by the Tribal Council of the Seminole Tribe of Florida, in legal session or through an Act of the U.S. Congress. At no time has the Tribal Council of the Seminole Tribe of Florida agreed to waive Tribal sovereign immunity through the production of documents which are the subject of this self-authenticating affidavit. Additionally, the basis for determining compliance with waivers of sovereign immunity by the Seminole Tribe of Florida through its constitutionally constituted governing body, the Tribal Council, is set forth in Tribal Ordinance C-O1-95.

IN WITNESS WHEREOF, I have, as a duly authorized representative of the Seminole Tribe of Florida, certified that the attached documents constitute genuine copies of official record documents of the Seminole Tribe of Florida, a federally recognized Indian Tribe and have for that purpose affixed the official seal of the Tribal Government of The Seminole Tribe of Florida this 25 day of August, 2021.

_____ 02171485
(Signature)

**SEMINOLE GAMING**
Player Table Win/Loss Details (1/1/2015 - 3/31/2021)
STEPHEN COSTA (2211710)

| Gaming Yr | Casino | Game Dt | Start | End | Mins | Location | Cash Buy In | Credit Buy In | Chip Buy In | Bet | Paid Out | Player Win (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HSG | 7/31/2015 | 07/31/2015 01:24PM | 07/31/2015 04:04PM | 160 | HBJ807 | $0.00 | $10,000.00 | $0.00 | $96,000.00 | $94,800.00 | $2,000.00 |
| | HSG | 7/31/2015 | 07/31/2015 04:05PM | 07/31/2015 04:32PM | 27 | HBJ806 | $0.00 | $0.00 | $11,200.00 | $32,400.00 | $31,995.00 | $9,000.00 |
| | HSG | 8/28/2015 | 08/28/2015 05:49PM | 08/28/2015 06:04PM | 15 | HBJ802 | $5,000.00 | $10,000.00 | $0.00 | $30,000.00 | $29,625.00 | ($10,000.00) |
| | HSG | 8/28/2015 | 08/28/2015 06:04PM | 08/28/2015 07:01PM | 57 | HBJ801 | $0.00 | $0.00 | $5,000.00 | $85,500.00 | $84,431.25 | $20,900.00 |
| | HSG | 9/5/2015 | 09/05/2015 10:17PM | 09/05/2015 10:18PM | 1 | HBJ807 | $0.00 | $10,000.00 | $0.00 | $100.00 | $98.75 | $0.00 |
| | HSG | 9/5/2015 | 09/05/2015 10:25PM | 09/05/2015 10:35PM | 10 | HBJ819 | $0.00 | $0.00 | $5,000.00 | $15,000.00 | $14,812.50 | ($5,000.00) |
| | HSG | 9/5/2015 | 09/05/2015 10:35PM | 09/06/2015 12:14AM | 79 | HBJ817 | $0.00 | $5,000.00 | $10,000.00 | $70,000.00 | $69,125.00 | $14,000.00 |
| | HSG | 11/4/2015 | 11/04/2015 01:37PM | 11/04/2015 09:57PM | 261 | HBJ827 | $5,000.00 | $62,500.00 | $15,500.00 | $414,200.00 | $409,022.50 | $800.00 |
| | HSG | 11/4/2015 | 11/04/2015 04:20PM | 11/04/2015 05:00PM | 40 | HBJ830 | $9,500.00 | $0.00 | $2,500.00 | $30,000.00 | $29,625.00 | ($12,000.00) |
| | HSG | 11/4/2015 | 11/04/2015 07:37PM | 11/04/2015 07:47PM | 10 | HBJ831 | $0.00 | $0.00 | $6,000.00 | $7,000.00 | $6,912.50 | ($2,900.00) |
| | HSG | 11/4/2015 | 11/04/2015 07:47PM | 11/04/2015 09:47PM | 39 | HBJ832 | $0.00 | $0.00 | $21,000.00 | $69,500.00 | $68,631.25 | $38,300.00 |
| | HSG | 12/1/2015 | 12/01/2015 10:56AM | 12/01/2015 01:45PM | 169 | HBJ808 | $0.00 | $40,000.00 | $0.00 | $253,500.00 | $250,331.25 | $11,300.00 |
| | HSG | 12/1/2015 | 12/01/2015 01:54PM | 12/01/2015 03:30PM | 96 | HBJ828 | $0.00 | $0.00 | $10,500.00 | $48,000.00 | $47,400.00 | $50,500.00 |
| | | **2015 Total:** | | | **11,084** | | **$529,900.00** | **$1,207,500.00** | **$835,475.00** | **$14,873,854.00** | **$14,685,085.93** | **($356,725.00)** |
| 2016 | | | | | | | | | | | | |
| | HSG | 1/5/2016 | 01/05/2016 09:41AM | 01/05/2016 10:21AM | 40 | HBJ805 | $0.00 | $40,000.00 | $0.00 | $80,000.00 | $79,000.00 | ($28,500.00) |
| | HSG | 1/5/2016 | 01/05/2016 10:21AM | 01/05/2016 04:30PM | 251 | HBJ804 | $0.00 | $40,000.00 | $16,500.00 | $502,000.00 | $495,725.00 | ($34,300.00) |
| | HSG | 1/5/2016 | 01/05/2016 01:27PM | 01/05/2016 02:00PM | 33 | HBJ832 | $0.00 | $0.00 | $20,000.00 | $66,000.00 | $65,175.00 | ($17,000.00) |
| | HSG | 1/5/2016 | 01/05/2016 01:54PM | 01/05/2016 02:04PM | 10 | HBJ827 | $0.00 | $15,000.00 | $3,000.00 | $20,000.00 | $19,750.00 | ($13,000.00) |
| | HSG | 2/21/2016 | 02/21/2016 03:22PM | 02/21/2016 04:45PM | 83 | HBJ807 | $5,000.00 | $0.00 | $0.00 | $166,000.00 | $163,925.00 | $19,200.00 |
| | HSG | 4/19/2016 | 04/19/2016 03:39PM | 04/19/2016 04:48PM | 69 | HBJ827 | $15,000.00 | $22,500.00 | $1,000.00 | $89,700.00 | $88,578.75 | ($36,800.00) |
| | HSG | 4/19/2016 | 04/19/2016 04:48PM | 04/19/2016 06:35PM | 107 | HBJ829 | $14,000.00 | $0.00 | $1,500.00 | $160,500.00 | $158,493.75 | ($15,000.00) |
| | HSG | 6/15/2016 | 06/15/2016 01:29PM | 06/15/2016 04:36PM | 37 | HBJ827 | $0.00 | $10,000.00 | $0.00 | $18,500.00 | $18,268.75 | $100.00 |
| | HSG | 6/15/2016 | 06/15/2016 01:43PM | 06/15/2016 04:08PM | 63 | HBJ832 | $0.00 | $0.00 | $3,100.00 | $52,200.00 | $51,547.50 | $6,500.00 |
| | HSG | 6/15/2016 | 06/15/2016 02:16PM | 06/15/2016 03:59PM | 84 | HBJ828 | $0.00 | $10,000.00 | $0.00 | $83,500.00 | $82,456.25 | $500.00 |
| | HSG | 7/8/2016 | 07/08/2016 10:42AM | 07/08/2016 11:06AM | 24 | HBJ808 | $0.00 | $5,000.00 | $0.00 | $14,400.00 | $14,220.00 | ($4,500.00) |
| | HSG | 7/8/2016 | 07/08/2016 11:04AM | 07/08/2016 11:58AM | 54 | HBJ804 | $0.00 | $5,000.00 | $500.00 | $27,000.00 | $26,662.50 | $14,500.00 |
| | HSG | 7/27/2016 | 07/27/2016 05:03PM | 07/27/2016 10:53PM | 148 | HBJ828 | $9,200.00 | $22,500.00 | $12,000.00 | $166,500.00 | $164,418.75 | ($31,700.00) |
| | HSG | 7/27/2016 | 07/27/2016 06:21PM | 07/27/2016 06:47PM | 23 | HBJ804 | $5,000.00 | $0.00 | $1,000.00 | $18,400.00 | $18,170.00 | ($2,500.00) |
| | HSG | 7/27/2016 | 07/27/2016 06:32PM | 07/27/2016 06:37PM | 5 | HBJ805 | $0.00 | $0.00 | $1,500.00 | $3,000.00 | $2,962.50 | ($1,500.00) |
| | HSG | 7/27/2016 | 07/27/2016 11:02PM | 07/28/2016 12:07AM | 65 | HBJ808 | $2,500.00 | $0.00 | $0.00 | $45,500.00 | $44,931.25 | $0.00 |
| | HSG | 7/27/2016 | 07/28/2016 12:07AM | 07/28/2016 12:09AM | 2 | HBJ807 | $0.00 | $0.00 | $2,500.00 | $1,000.00 | $987.50 | ($2,500.00) |
| | HSG | 8/30/2016 | 08/30/2016 04:35PM | 08/30/2016 05:04PM | 29 | HBJ832 | $2,100.00 | $5,000.00 | $0.00 | $20,300.00 | $20,046.25 | ($6,600.00) |
| | HSG | 8/30/2016 | 08/30/2016 05:05PM | 08/30/2016 07:25PM | 140 | HBJ827 | $12,500.00 | $10,000.00 | $0.00 | $140,000.00 | $138,250.00 | ($21,000.00) |
| | HSG | 8/30/2016 | 08/30/2016 07:26PM | 08/30/2016 07:50PM | 24 | HBJ828 | $2,500.00 | $7,500.00 | $2,000.00 | $12,000.00 | $11,850.00 | ($11,900.00) |
| | | **2016 Total:** | | | **1,291** | | **$67,800.00** | **$192,500.00** | **$64,600.00** | **$1,686,500.00** | **$1,665,418.75** | **($186,000.00)** |
| 2020 | | | | | | | | | | | | |
| | HSG | 1/16/2020 | 01/16/2020 02:14PM | 01/16/2020 03:29PM | 66 | HBJ827 | $4,000.00 | $0.00 | $3,000.00 | $36,000.00 | $35,550.00 | $7,500.00 |
| | HSG | 1/16/2020 | 01/16/2020 02:42PM | 01/16/2020 02:55PM | 13 | HBJ828 | $0.00 | $0.00 | $0.00 | $6,500.00 | $6,418.75 | $1,000.00 |
| | HSG | 1/18/2020 | 01/18/2020 08:27PM | 01/18/2020 08:52PM | 25 | HBJ825 | $4,000.00 | $0.00 | $0.00 | $17,500.00 | $17,281.25 | $10,000.00 |
| | HSG | 1/29/2020 | 01/29/2020 02:45PM | 01/29/2020 03:57PM | 72 | HBJ832 | $4,000.00 | $0.00 | $0.00 | $50,400.00 | $49,770.00 | $18,000.00 |
| | HSG | 1/29/2020 | 01/29/2020 03:57PM | 01/29/2020 04:08PM | 11 | HBJ827 | $0.00 | $0.00 | $18,500.00 | $9,900.00 | $9,776.25 | ($8,500.00) |
| | HSG | 1/30/2020 | 01/30/2020 06:09PM | 01/30/2020 08:27PM | 138 | HBJ829 | $12,500.00 | $0.00 | $0.00 | $207,000.00 | $204,412.50 | $8,900.00 |
| | HSG | 2/4/2020 | 02/04/2020 12:21PM | 02/04/2020 01:54PM | 93 | HBJ827 | $4,000.00 | $0.00 | $0.00 | $93,000.00 | $91,837.50 | $17,400.00 |
| | HSG | 2/7/2020 | 02/07/2020 01:16PM | 02/07/2020 03:28PM | 132 | HBJ829 | $4,000.00 | $0.00 | $0.00 | $105,600.00 | $104,280.00 | $19,300.00 |
| | HSG | 2/12/2020 | 02/12/2020 01:34PM | 02/12/2020 02:01PM | 27 | HBJ805 | $4,000.00 | $0.00 | $0.00 | $13,500.00 | $13,331.25 | ($1,300.00) |
| | HSG | 2/12/2020 | 02/12/2020 02:03PM | 02/12/2020 03:31PM | 88 | HBJ827 | $12,500.00 | $0.00 | $2,200.00 | $88,000.00 | $86,900.00 | ($14,700.00) |
| | HSG | 2/18/2020 | 02/18/2020 02:15PM | 02/18/2020 04:48PM | 153 | HBJ828 | $23,000.00 | $0.00 | $0.00 | $114,750.00 | $113,315.63 | ($18,700.00) |
| | HSG | 2/18/2020 | 02/18/2020 04:48PM | 02/18/2020 04:56PM | 8 | HBJ831 | $2,000.00 | $0.00 | $4,000.00 | $6,400.00 | $6,320.00 | ($5,900.00) |
| | HSG | 2/19/2020 | 02/19/2020 02:53PM | 02/19/2020 07:48PM | 293 | HBJ831 | $37,000.00 | $0.00 | $0.00 | $323,800.00 | $319,752.50 | ($20,325.00) |
| | HSG | 2/20/2020 | 02/20/2020 01:19PM | 02/20/2020 01:21PM | 2 | HBJ807 | $2,500.00 | $0.00 | $0.00 | $200.00 | $197.50 | $0.00 |
| | HSG | 2/20/2020 | 02/20/2020 01:23PM | 02/20/2020 01:27PM | 4 | HBJ804 | $0.00 | $0.00 | $2,000.00 | $4.00 | $3.95 | $0.00 |
| | HSG | 2/20/2020 | 02/20/2020 01:29PM | 02/20/2020 03:38PM | 129 | HBJ827 | $10,000.00 | $0.00 | $1,300.00 | $96,750.00 | $95,540.63 | $5,700.00 |
| | HSG | 2/26/2020 | 02/26/2020 01:58PM | 02/26/2020 05:07PM | 146 | HBJ832 | $14,500.00 | $0.00 | $0.00 | $135,000.00 | $133,312.50 | ($1,100.00) |
| | HSG | 2/26/2020 | 02/26/2020 04:02PM | 02/26/2020 04:36PM | 34 | HBJ828 | $0.00 | $0.00 | $13,700.00 | $51,000.00 | $50,362.50 | ($13,700.00) |
| | HSG | 3/11/2020 | 03/11/2020 03:01PM | 03/11/2020 04:21PM | 80 | HBJ801 | $7,500.00 | $0.00 | $0.00 | $60,000.00 | $59,250.00 | ($6,200.00) |
| | HSG | 12/18/2020 | 12/18/2020 04:53PM | 12/18/2020 06:38PM | 105 | HBJ827 | $11,500.00 | $0.00 | $0.00 | $157,500.00 | $155,531.25 | $20,400.00 |
| | HSG | 12/19/2020 | 12/19/2020 05:23PM | 12/19/2020 05:45PM | 22 | HBJ828 | $5,000.00 | $0.00 | $0.00 | $4,400.00 | $4,345.00 | ($3,500.00) |
| | HSG | 12/19/2020 | 12/19/2020 05:44PM | 12/19/2020 05:55PM | 11 | HBJ831 | $0.00 | $0.00 | $1,100.00 | $6,600.00 | $6,517.50 | $3,900.00 |
| | HSG | 12/19/2020 | 12/19/2020 06:00PM | 12/19/2020 06:49PM | 49 | HBJ827 | $7,500.00 | $0.00 | $5,200.00 | $49,000.00 | $48,387.50 | ($12,700.00) |
| | HSG | 12/22/2020 | 12/22/2020 01:15PM | 12/22/2020 02:47PM | 92 | HBJ804 | $10,100.00 | $0.00 | $0.00 | $184,000.00 | $181,700.00 | $20,300.00 |
| | HSG | 12/29/2020 | 12/29/2020 02:03PM | 12/29/2020 06:48PM | 285 | HMG834 | $42,000.00 | $0.00 | $14,000.00 | $855,000.00 | $844,740.00 | ($53,700.00) |
| | HSG | 12/29/2020 | 12/29/2020 06:49PM | 12/29/2020 07:01PM | 12 | HBJ832 | $1,000.00 | $0.00 | $1,000.00 | $12,000.00 | $11,850.00 | ($2,000.00) |
| | HSG | 12/30/2020 | 12/30/2020 12:19PM | 12/30/2020 04:53PM | 274 | HBJ108 | $35,500.00 | $0.00 | $0.00 | $205,500.00 | $202,931.25 | ($34,700.00) |
| | | **2020 Total:** | | | **2,364** | | **$258,100.00** | **$0.00** | **$66,000.00** | **$2,889,304.00** | **$2,853,615.20** | **($64,625.00)** |

**SEMINOLE GAMING** — *Player Table Win/Loss Details (1/1/2015 - 3/31/2021)*
**STEPHEN COSTA (2211710)**

| Gaming Yr | Casino | Game Dt | Start | End | Mins | Location | Cash Buy In | Credit Buy In | Chip Buy In | Bet | Paid Out | Player Win (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| | HSG | 1/4/2021 | 01/04/2021 01:42PM | 01/04/2021 02:45PM | 63 | HBJ805 | $12,500.00 | $0.00 | $0.00 | $50,400.00 | $49,770.00 | ($12,000.00) |
| | HSG | 1/4/2021 | 01/04/2021 02:47PM | 01/04/2021 04:08PM | 81 | HBJ827 | $10,000.00 | $0.00 | $0.00 | $81,000.00 | $79,987.50 | ($4,400.00) |
| | HSG | 1/4/2021 | 01/04/2021 04:08PM | 01/04/2021 06:23PM | 128 | HBJ828 | $4,100.00 | $0.00 | $2,000.00 | $127,100.00 | $125,511.25 | ($5,900.00) |
| | HSG | 1/15/2021 | 01/15/2021 10:52AM | 01/15/2021 11:28AM | 36 | HBJ808 | $5,000.00 | $0.00 | $0.00 | $9,000.00 | $8,887.50 | ($2,500.00) |
| | HSG | 1/15/2021 | 01/15/2021 11:28AM | 01/15/2021 12:44PM | 76 | HBJ804 | $5,000.00 | $0.00 | $1,600.00 | $45,600.00 | $45,030.00 | ($1,600.00) |
| | HSG | 1/15/2021 | 01/15/2021 12:43PM | 01/15/2021 01:17PM | 34 | HBJ827 | $15,000.00 | $0.00 | $5,500.00 | $25,500.00 | $25,181.25 | ($20,500.00) |
| | HSG | 1/15/2021 | 01/15/2021 02:38PM | 01/15/2021 04:42PM | 124 | HBJ831 | $11,000.00 | $0.00 | $0.00 | $62,000.00 | $61,225.00 | $23,000.00 |
| | HSG | 1/18/2021 | 01/18/2021 05:36PM | 01/18/2021 05:57PM | 21 | HBJ804 | $6,000.00 | $0.00 | $0.00 | $10,500.00 | $10,368.75 | ($1,700.00) |
| | HSG | 1/18/2021 | 01/18/2021 05:59PM | 01/18/2021 06:42PM | 43 | HBJ805 | $0.00 | $0.00 | $2,800.00 | $30,100.00 | $29,723.75 | $16,600.00 |
| | HSG | 1/19/2021 | 01/19/2021 03:27PM | 01/19/2021 05:52PM | 97 | HBJ832 | $10,000.00 | $0.00 | $0.00 | $90,000.00 | $88,875.00 | $16,400.00 |
| | HSG | 1/19/2021 | 01/19/2021 04:02PM | 01/19/2021 04:34PM | 32 | HBJ831 | $13,500.00 | $0.00 | $4,000.00 | $48,000.00 | $47,400.00 | ($17,500.00) |
| | HSG | 1/19/2021 | 01/19/2021 05:52PM | 01/19/2021 06:28PM | 32 | HBJ827 | $0.00 | $0.00 | $2,000.00 | $30,000.00 | $29,625.00 | ($1,800.00) |
| | | **2021 Total:** | | | 767 | | **$92,100.00** | **$0.00** | **$17,900.00** | **$609,200.00** | **$601,585.00** | **($11,900.00)** |
| | | **Grand Total:** | | | 15,506 | | **$947,900.00** | **$1,400,000.00** | **$983,975.00** | **$20,058,858.00** | **$19,805,704.88** | **($619,250.00)** |

### CERTIFICATE OF SEMINOLE TRIBE OF FLORIDA
### UNDER SEAL REGARDING AUTHENTICITY AND
### SELF-AUTHENTICATION OF TRIBAL RECORD
### DOCUMENTATION

BEFORE ME, the undersigned authority of the Seminole Tribe of Florida, a federally recognized Indian tribe, personally appeared Micae;asuare?. For the purpose of certifying as to the authenticity of each of the record documents attached to this Certificate as being copies of genuine governmental documents of the Seminole Tribe of Florida, a federally recognized Indian tribe. The purpose of this Certificate is to certify and attest to the authenticity of the attached documentation as being genuine copies of Tribal record documentation as well as to comply with the requirements of Section 90.902, Florida Statutes.

Attached hereto as Exhibit "6" are Tribal record documents, each of which is a copy of a genuine record document, which is declared hereunder to be genuine, authentic, and properly certified as such in accordance with the laws, policies and procedures of the Tribal Government of The Seminole Tribe of Florida.

Nothing contained herein in this self-authenticating affidavit, which pertains solely to Tribal documentation, is intended to act as a waiver of the sovereign immunity of the Seminole Tribe of Florida from suit in all state and federal courts absent a limited waiver of Tribal sovereign immunity contained in a resolution or ordinance duly enacted by the Tribal Council of the Seminole Tribe of Florida, in legal session or through an Act of the U.S. Congress. At no time has the Tribal Council of the Seminole Tribe of Florida agreed to waive Tribal sovereign immunity through the production of documents which are the subject of this self-authenticating affidavit. Additionally, the basis for determining compliance with waivers of sovereign immunity by the Seminole Tribe of Florida through its constitutionally constituted governing body, the Tribal Council, is set forth in Tribal Ordinance C-O1-95.

IN WITNESS WHEREOF, I have, as a duly authorized representative of the Seminole Tribe of Florida, certified that the attached documents constitute genuine copies of official record documents of the Seminole Tribe of Florida, a federally recognized Indian Tribe and have for that purpose affixed the official seal of the Tribal Government of The Seminole Tribe of Florida this 26 day of August, 20 21.

_____
(Signature)





*Complimentary Awards Redeemed Details (6/8/2021 - 8/23/2021, All Casinos)*
*STEPHEN COSTA (2211710)*

| Casino | Gaming Date | Award Description | Amount Used |
|---|---|---|---|
| HSG | 08/11/2021 | POS Self Comp | $874.25 |
| HSG | 08/12/2021 | POS Self Comp | $351.25 |
| HSG | 08/13/2021 | Hollywood Discretionary Comps | $1.00 |
| HSG | 08/14/2021 | Comp Room & Tax Override | $250.00 |
| HSG | 08/14/2021 | Casino Comp Hotel Room Rate | $200.00 |
| HSG | 08/14/2021 | Hotel Direct SelfComp | $3399.78 |
| **Totals** | | | **$5,076.28** |

Everi AML Transaction Detail / Hard Rock Hollywood 06/08/2021-08/23/2021

Legend of transaction type terms:
CP        CHIP PURCHASED
CR        CHIP REDEMPTION

Legend of property terms
HSG      Hard Rock Hollywood

| Gaming Date | Trans. Date | Patron No. | Cash In | Cash Out | Last Name | First Name | M.I. | Trans. Type | Property |
|---|---|---|---|---|---|---|---|---|---|
| 8/11/2021 | 8/11/2021 7:29:00 PM | 2211710 | $6,000.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/11/2021 | 8/11/2021 8:22:00 PM | 2211710 | $2,500.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/11/2021 | 8/11/2021 8:44:00 PM | 2211710 | $2,500.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/12/2021 | 8/12/2021 9:01:00 PM | 2211710 | $7,500.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/12/2021 | 8/12/2021 11:54:00 PM | 2211710 | $2,500.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/12/2021 | 8/13/2021 12:53:00 AM | 2211710 | $2,500.00 | $0.00 | COSTA | STEPHEN | MANUEL | CP | HSG |
| 8/12/2021 | 8/13/2021 1:30:54 AM | 2211710 | $0.00 | $9,400.00 | COSTA | STEPHEN | MANUEL | CR | HSG |
| | | Totals: | $23,500.00 | $9,400.00 | | | | | |

**SEMINOLE GAMING**

*Player Table Win/Loss Details (6/8/2021 - 8/23/2021)*
*STEPHEN COSTA (2211710)*

| Gaming Yr | Casino | Game Dt | Start | End | Mins | Location | Cash Buy In | Credit Buy In | Chip Buy In | Bet | Paid Out | Player Win (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| | HSG | 8/11/2021 | 08/11/2021 07:29PM | 08/11/2021 08:11PM | 42 | HBJ807 | $6,000.00 | $0.00 | $0.00 | $16,800.00 | $16,590.00 | ($5,800.00) |
| | HSG | 8/11/2021 | 08/11/2021 08:22PM | 08/11/2021 08:44PM | 22 | HBJ827 | $2,500.00 | $0.00 | $0.00 | $6,600.00 | $6,517.50 | ($2,500.00) |
| | HSG | 8/11/2021 | 08/11/2021 08:44PM | 08/11/2021 10:30PM | 106 | HBJ831 | $2,500.00 | $0.00 | $0.00 | $106,000.00 | $104,675.00 | ($2,300.00) |
| | HSG | 8/12/2021 | 08/12/2021 09:01PM | 08/12/2021 10:15PM | 74 | HBJ827 | $7,500.00 | $0.00 | $0.00 | $37,000.00 | $36,537.50 | ($6,400.00) |
| | HSG | 8/12/2021 | 08/12/2021 11:54PM | 08/13/2021 12:29AM | 35 | HBJ806 | $2,500.00 | $0.00 | $700.00 | $17,500.00 | $17,281.25 | ($3,200.00) |
| | HSG | 8/12/2021 | 08/13/2021 12:53AM | 08/13/2021 01:25AM | 32 | HBJ831 | $2,500.00 | $0.00 | $0.00 | $9,600.00 | $9,480.00 | $7,200.00 |
| | | **2021 Total:** | | | 311 | | $23,500.00 | $0.00 | $700.00 | $193,500.00 | $191,081.25 | ($13,000.00) |
| | | **Grand Total:** | | | 311 | | $23,500.00 | $0.00 | $700.00 | $193,500.00 | $191,081.25 | ($13,000.00) |