UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21004-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**STEPHEN M. COSTA**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Stephen M. Costa's Unopposed Motion to Modify Bond Conditions [ECF No. 111]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 11]** is **GRANTED**. Mr. Costa is permitted to travel outside the Southern District of Florida for business and employment purposes with prior approval from his Probation Officer. All other conditions of supervised release shall remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record