UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21004-CR.-ALTONAGA

UNITED STATES OF AMERICA
        *Plaintiff,*

vs.

STEPHEN M. COSTA,
        *Defendant.*
_____/

## NOTICE OF APPEARANCE

Luis I. Guerra, Esq. hereby files this ***Notice of Appearance*** in the above noted matter as counsel for the Defendant, STEPHEN M. COSTA.  With leave of Court, counsel agrees to represent the defendant for purposes of the Supervised Release Violation (SRV) hearing scheduled for December 15, 2023.

Respectfully Submitted,

THE GUERRA LAW FIRM, P.A.
1395 Brickell Ave
Suite 800
Miami, FL 33131
Telephone 305-461-3638
Facsimile 877-750-8990

By:  *s/ Luis I. Guerra*
Luis I. Guerra
Florida Bar No. 841961
luis@lglpa.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this Thursday, December 14, 2023, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


Respectfully Submitted,


THE GUERRA LAW FIRM, P.A.
1395 Brickell Avenue
Suite 800
Miami, FL 33131
Telephone 305-461-33638
Facsimilie 877-750-8990


By:  *s/ Luis I. Guerra*
 Luis I. Guerra
 Florida Bar No. 841961
 luis@lglpa.com